HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ERIBERTO PADRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-0272 AWI-BAM |
| *Plaintiff,* | |
| v. | **AMENDED** DEFENDANT'S WAIVER OF PERSONAL APPEARANCE; ORDER |
| JOSE ERIBERTO PADRON, | |
| *Defendant.* | |

The undersigned defendant Jose Eriberto Padron, having been advised of his right to be present at all stages of the proceedings, including but not limited to presentation of arguments on questions of law, to present evidence in his own defense, to appear at status conferences, hereby waives his right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including but not limited to status conference, motions hearing, when a continuance is ordered, and requests the court to allow his attorney to represent his interests in court on such dates, defendant having specifically given said attorney prior verbal authorization to make such appearance on his behalf and to request the Court to schedule any and all appropriate hearings relating to Defendant's matter. Defendant further hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, and allow his attorney-in-fact to represent his interests at all times. This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

Mr. Padron makes this request because he resides in Modesto and due to his employment he would prefer to attend court only when it is necessary to the conduct of his case.

In court on August 12, 2013, Assistant U.S. Attorney Melanie Alsworth indicated that the government is not opposed to this waiver of appearance.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: August 13, 2013    /s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
Jose Eriberto Padron


DATED:  August 13, 2013    */s/ Jose Eriberto Padron*
JOSE ERIBERTO PADRON
Defendant


**ORDER**

**GOOD CAUSE APPEARING**, it is hereby ordered that Defendant's appearance may be waived.

IT IS SO ORDERED.

Dated:   **August 15, 2013**            /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE